In the Matter of the Claim of TUHIN S. DUTTA, Appellant. COM-
MISSIONER OF LABOR, Respondent.

Submitted January 22, 2013; decided February 12, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 915 (2012)].

Judge RIVERA taking no part.